

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:       Cora Lea Byford v. Lila Thompson

Appellate case number:    01-20-00180-CV

Trial court case number:   20CCV0001

Trial court:                       County Court of Chambers County

      Appellant's brief was originally due on May 11, 2020.  The En Banc court issued an order on May 19, 2020, extending the time for all pending motions for extension until June 30, 2020. We granted appellant's motion for extension until August 3, 2020.  Notice of late brief issued on August 12, 2020, advising appellant that unless her brief was filed within 10 days, the appeal might be dismissed.  Appellee filed a motion to dismiss on August 13, 2020, seeking dismissal based on appellant's failure to file a brief.  On August 24, 2020, appellant filed a second motion for extension and the Court granted this until October 12, 2020.  Another notice of late brief issued on October 21, 2020.  This notice was returned to the Court undelivered.  On January 15, 2021, appellee filed another motion to dismiss.  Appellant filed a third motion for extension which the Court granted until March 4, 2021.  No brief has been filed.

      The Court will dismiss this appeal this appeal unless appellant files her brief **within 10 days of the date of this order**.  No further extensions will be granted.

      It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
                   ☑ Acting individually     ☐ Acting for the Court


Date:   __March 18, 2021_____